UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CHERYL HOPKINS                                                                                          PLAINTIFF

V.                                                                          CIVIL ACTION NO. 3:07cv628 DPJ-JCS

MICHAEL ASTRUE, COMMISSIONER
OF SOCIAL SECURITY                                                                                  DEFENDANT

JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Judge James C. Sumner entered in this case on March 12, 2008. The Court having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this case should be dismissed. Accordingly,

IT IS ORDERED AND ADJUDGED that the Decision of the Commissioner of Social Security is affirmed and this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 11th day of September, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE